1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SANDI NIEVES,                          1:07-cv-01813-OWW-DLB (PC)

12              Plaintiff,                    ORDER TO SUBMIT NEW  APPLICATION
          vs.                                TO PROCEED IN FORMA PAUPERIS AND
13                                            CERTIFIED COPY OF TRUST ACCOUNT
      DEBORAH PATRICK, et al.,                STATEMENT **OR** PAY FILING FEE
14                                            WITHIN THIRTY (30) DAYS
              Defendants.
15
                                         /
16

17            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18    to 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28

19    U.S.C. § 1915.  However, plaintiff's application to proceed in forma pauperis was deficient as

20    follows:

21            The plaintiff's attached trust account statement was not certified.

22            Plaintiff will be provided the opportunity to submit a new application to proceed

23    in forma pauperis and a certified copy of her trust account statement, **or** to pay the $350.00 filing

24    fee.

25        Accordingly, IT IS HEREBY ORDERED that:

26            1. The Clerk's Office shall send plaintiff the form for application to proceed in

                                         -1-

1  forma pauperis.

2        2.  Within thirty (30) days of the date of service of this order, plaintiff shall submit

3  a completed application to proceed in forma pauperis and a certified copy of her prison trust

4  account statement for the six month period immediately preceding the filing of the complaint, or

5  in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order

6  will result in a recommendation that this action be dismissed.

7     IT IS SO ORDERED.

8     **Dated:**   **December 18, 2007**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26