# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDI NIEVES, | CASE NO. CV-F-07-1813 OWW DLB PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | (Docs. 14) |
| DEBORAH PATRICK, et al, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on December 13, 2007. On March 6, 2008, plaintiff filed a motion for entry of default judgment. Plaintiff's motion is premature.

By order filed January 29, 2008, plaintiff was advised that the court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Further, plaintiff was advised that the court will direct the United States Marshal to serve the complaint only after it has determined that the complaint contains cognizable claims for relief against the named defendants; that the court has not yet screened plaintiff's complaint, but will do so in due course; and that, until the court has screened the complaint, any request for service by the Marshal is premature and will be denied.

Due to the large number of prisoner civil rights cases pending before the court, the court has not yet screened plaintiff's complaint. Plaintiff's motion for default judgment is premature and is therefore denied. Plaintiff's motion is entirely without basis and/or merit.

Accordingly, it is HEREBY ORDERED that plaintiff's March 3, 2008 motion is DENIED.

1

IT IS SO ORDERED.

Dated: **March 20, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE